1   BRIAN W. BOSCHEE, ESQ.
    Nevada Bar No. 7612
2   E-mail: bboschee@nevadafirm.com
    SEAN E. STORY, ESQ.
3   Nevada Bar No. 13968
    E-mail: sstory@nevadafirm.com
4   HOLLEY DRIGGS, WALCH
    FINE WRAY PUZEY & THOMPSON
5   400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101
6   Telephone:    702/791-0308

7   JOHN RYAN GUSTAFSON, ESQ.
    California Bar No. 220802
8   E-mail: jrg@gnlawpc.com
    GUSTAFSON NICOLAI pc
9   222 N. Sepulveda Blvd., Suite 2000
    El Segundo, California 90245
10  Telephone:    310/361-0787
    *Pro Hac Vice Application Forthcoming*

11  *Attorney(s) for Plaintiff Keith Brown*

12                  **UNITED STATES DISTRICT COURT**

13                          **DISTRICT OF NEVADA**

14  KEITH BROWN, an individual,

15                  Plaintiff,                    CASE NO.: 2:17-cv-01883-JAD-PAL

16          v.                                    **MOTION TO ENLARGE TIME
                                                  FOR NON-RESIDENT COUNSEL
17  ARTEC GLOBAL MEDIA, INC., a Nevada            TO FILE VERIFIED PETITION
    Corporation; BART AND ASSOCIATES, LLC,        AND MOTION FOR
18  a Colorado limited liability company; STONE   PERMISSION TO PRACTICE IN
    DOUGLASS, an individual; NOVA CAPITAL         THIS CASE ONLY**
19  ADVISORS, LLC, a California limited liability
    company; PETERSON SULLIVAN LLP, a                      & ORDER
20  Washington limited liability partnership;
    WALTER WELSH, an individual; CALEB
21  WICKMAN, an individual; and MASON                     ECF No. 62
    YAMASHIRO, an individual,
22

23                  Defendants.

24

25          Plaintiff KEITH BROWN ("Plaintiff"), by and through his undersigned counsel,

26  and pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 6(b)(1), hereby requests

27  an enlargement of time for non-resident counsel to file a Verified Petition and Motion for

28  Permission to Practice in This Case Only ("*Pro Hac* Application").

                                         - 1 -

**MEMORANDUM OF POINTS AND AUTHORITIES**

FRCP 6(b)(1) provides, in pertinent part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time… if a request is made, before the original time or its extension expires."  On July 10, 2017, this Court ordered all non-resident counsel to file *Pro Hac* Applications by August 24, 2017.  [ECF No. 50].  This request is therefore being made before the original time expires and, as discussed below, good cause exists for granting Plaintiff's request.

Non-Resident counsel for Plaintiff, John Ryan Gustafson, Esq., of the law firm Gustafson Nicolai pc, has agreed in principle to associate with the Nevada law firm Holley Driggs Walch Fine Wray Puzey & Thompson as local counsel in this action.  This case was recently transferred to this Court from the United States District Court for the Southern District of California.  Attorney Gustafson has been counsel of record for Plaintiff in the case since its inception and is awaiting the forwarding of his required certificate of good standing from the State Bar of California.  Plaintiff therefore believes good cause exists to grant this short extension to allow Plaintiff's non-resident counsel to file his *Pro Hac* Application.

///
///
///
///
///
///
///
///
///
///
///
///

Plaintiff therefore respectfully requests, pursuant to FRCP 6(b)(1) an extension of twenty (20) days, from August 24, 2017, to September 13, 2017, to allow to Plaintiff's non-resident counsel to submit his *Pro Hac* Application.

DATED this 24th day of August, 2017.

**HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON**

*/s/ Sean E. Story*
BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 7612
SEAN E. STORY, ESQ.
Nevada Bar No. 13968
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

JOHN RYAN GUSTAFSON, ESQ.
California Bar No. 220802
GUSTAFSON NICOLAI pc
222 N. Sepulveda Blvd., Suite 2000
El Segundo, California 90245
*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Motion to Enlarge Time **[ECF No. 62] is GRANTED**; **plaintiff has until September 13, 2017, to file its non-resident counsel's *pro hac vice* application.**

_____
U.S. District Court Jennifer Dorsey
8-25-17

12348-01/1931705.doc