BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 7612
E-mail: bboschee@nevadafirm.com
SEAN E. STORY, ESQ.
Nevada Bar No. 13968
E-mail: sstory@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308

JOHN RYAN GUSTAFSON, ESQ.
California Bar No. 220802 *(Admitted Pro Hac Vice)*
E-mail: jrg@gnlawpc.com
GUSTAFSON NICOLAI pc
222 N. Sepulveda Blvd., Suite 2000
El Segundo, California 90245
Telephone: 310/361-0787
*Attorneys for Plaintiff Keith Brown*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **KEITH BROWN,** an individual, | **Case No. 2:17-cv-01883-JAD-PAL** |
| *Plaintiff*, | **STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO FILE A RESPONSE TO DEFENDANT BART AND ASSOCIATES' MOTION TO DISMISS** |
| v. | |
| **ARTEC GLOBAL MEDIA, INC.**, a Nevada corporation; **BART AND ASSOCIATES, LLC**, a Colorado limited liability company; **STONE DOUGLASS**, an individual**; NOVA CAPITAL ADVISORS, LLC**, a California limited liability company; **PETERSON SULLIVAN LLP**, a Washington limited liability partnership; **WALTER WELSH**, an individual; **CALEB WICKMAN**, an individual; and **MASON YAMASHIRO**, an individual, | |
| *Defendants*. | |

Plaintiff Keith Brown ("BROWN") and Defendant Bart and Associates, LLC ("BART"), by and through their counsel of record, stipulate and jointly move this Court as follows:

1. On November 15, 2017, BART filed a Motion to Dismiss BROWN'S First Amended Complaint pursuant to Fed. R. Civ. P 12(b)(6) (the "Motion to Dismiss")

2. Pursuant to Fed. R. Civ. P. 12 and LR 7-2.(b), Plaintiff BROWN must reply to the Motion to Dismiss by November 29, 2017.

3. Counsel for BROWN and BART met and conferred on the issues raised in the Motion to Dismiss, and Counsel for BART has agreed to allow BROWN up to and including December 15, 2017, to file a response to the Motion to Dismiss.

THEREFORE, it is agreed that BROWN shall have up to and including December 15, 2017 to file a response to the Motion to Dismiss.

DATED: December 1, 2017

HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON

*s/ Brian W. Boschee*
BRIAN W. BOSCHEE
Nevada Bar Number 7612
*Attorneys for Keith Brown*

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: 12/04/2017

| | |
|---|---|
| DATED: December 1, 2017 | GUSTAFSON NICOLAI pc |
| | *s/ J. Ryan Gustafson*<br>J. RYAN GUSTAFSON<br>Admitted *Pro Hac Vice*<br>*Attorneys for Keith Brown* |
| DATED: December 1, 2017 | LIPSON, NEILSON, COLE,<br>SELTZER & GARIN, P.C.<br><br>*s/ Joseph. P. Garin*<br>JOSEPH P. GARIN<br>Nevada Bar Number 6653<br>*Attorneys for Bart & Associates, LLC* |
| DATED: December 1, 2017 | PETTIT KOHN INGRASSIA &<br>LUTZ PC<br><br>*s/ Matthew C. Smith*<br>MATTHEW C. SMITH<br>Admitted *Pro Hac Vice*<br>*Attorneys for Bart & Associates, LLC* |

### **ORDER**

**IT IS ORDERED** that the stipulation set forth above is the order of this Court.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____.

3