Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Robert R. Warns III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: rwarns@rsnvlaw.com

*Attorneys for Nova Capital Advisors, LLC,
and Walter Welsh*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH BROWN, | Case No. 2:17-cv-01883-JAD-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE BART AND ASSOCIATES' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| v. | |
| ARTEC GLOBAL MEDIA, INC., a Nevada Corporation; BART AND ASSOCIATES, LLC, a Colorado Limited Liability Company; STONE DOUGLAS, an individual; NOVA CAPITAL ADVISORS, LLC, a California Limited Liability Company; PERTSON SULLIVAN LLP, Washington Limited Liability Partnership; WALTER WELSH; an individual; CALEB WICKMAN, an individual; and MASON YAMASHIRO, an individual, | **(First Request)** |
| | ECF No. 90 |
| Defendants. | |

The parties hereby stipulate and agree as follows:

1. Defendant Bart and Associates, LLC, filed its Motion for Determination of Good Faith Settlement (the "Motion") on January 10, 2018 [Docket No. 81].

2. A hearing on the Motion is currently scheduled for February 26, 2018.

1

REISMAN·SOROKAC
8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123
PHONE: (702) 727-6258 FAX: (702) 446-6756

3. Pursuant to LR 7-2(b), Defendants Nova Capital Advisors, LLC's and Walter Welsh's (collectively, the "Nova Defendants") deadline to oppose the Motion is January 24, 2018.

4. Plaintiff and the Nova Defendants are engaged in serious settlement discussions, which, if successful, would terminate the Nova Defendants' involvement in the case.

5. Accordingly, to facilitate these settlement discussions and to allow Plaintiff and the Nova Defendants to focus their time, effort and resources on a potential settlement, the parties agree to extend the Nova Defendants' deadline to file any opposition to the Motion by 10 days, up to and including, February 5, 2018.

6. In accordance with LR 7-2(b), any reply brief in support of the Motion shall be due within 7 days of service of any opposition filed and served by the Nova Defendants.

7. This is the first stipulation or motion to extend time to oppose the Motion.

**IT IS SO STIPULATED.**

| Submitted by: | Agreed to by: |
|---|---|
| REISMAN·SOROKAC | LIPSON NEILSON, P.C. |
| /s/ Robert W. Warns III, Esq. | /s/ Joseph P. Garin, Esq. |
| ROBERT W. WARNS III, ESQ. | JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 12123 | Nevada Bar No. 6653 |
| 8965 South Eastern Ave., Suite 382 | 9900 Covington Cross Drive, Suite 120 |
| Las Vegas, NV 89123 | Las Vegas, NV 89144 |
| *Attorney for Nova Capital Advisors, LLC and Walter Welsh* | *Attorneys for Bart & Associates, LLC* |
| Ageed to by: | Agreed to by: |
| HALL JAFE & CLAYTON, LLP | HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON |
| /s/ Riley A. Clayton, Esq. | /s/ Brian W. Boschee, Esq. |
| RILEY A. CLAYTON | BRIAN W. BOSCHEE, ESQ. |
| Nevada Bar No. 5260 | Nevada Bar No. 7612 |
| 7425 Peak Drive | 400 South Fourth Street, 3rd Floor |
| Las Vegas, NV 89128 | Las Vegas, NV 89101 |
| *Attorneys for Peterson Sullivan LLP* | *Attorneys for Keith Brown* |

Agreed to by:

THE MARKOWITZ LAW FIRM


/s/ Warren Ross Markowitz, Esq.
WARREN ROSS MARKOWITZ, ESQ.
7260 W. Azure Drive, Suite 140-100
Las Vegas, Nevada 89130
*Attorneys for Artec Global Media, Inc., Caleb Wickman, Mason Yamashiro, and Stone Douglas*

**ORDER**

Based on the parties' stipulation [ECF No. 90] and good cause appearing, IT IS HEREBY ORDERED that **the Nova defendants will have until February 5, 2018, to file any opposition to the Motion for Determination of Good Faith Settlement [ECF No. 81]**.

_____
U.S. District Judge Jennifer A. Dorsey
January 26, 2018