HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON
Brian W. Boschee
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101
(702) 791-0308/FAX (702)791-1912
bboschee@nevadafirm.com

GUSTAFSON NICOLAI pc
John Ryan Gustafson (Bar No: 220802)
222 N. Sepulveda Blvd. Suite 2000
El Segundo, CA 90245
(310) 361-0787/FAX (310) 846-8938
jrg@gnlawpc.com

Attorneys for Plaintiff
Keith Brown

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **KEITH BROWN,** an individual, | **Case No. 2:17-cv-01883-JAD-PAL** |
| *Plaintiff*, | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| v. | |
| **ARTEC GLOBAL MEDIA, INC.**, a Nevada corporation; **BART AND ASSOCIATES, LLC**, a Colorado limited liability company; **STONE DOUGLASS**, an individual**; NOVA CAPITAL ADVISORS, LLC**, a California limited liability company; **PETERSON SULLIVAN LLP**, a Washington limited liability partnership; **WALTER WELSH**, an individual; **CALEB WICKMAN**, an individual; and **MASON YAMASHIRO**, an individual, | |
| *Defendants*. | |

Plaintiff KEITH BROWN ("Plaintiff") and Defendants WALTER WELSH and NOVA CAPITAL ADVISORS, LLC, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint and any amendments thereto, and any causes of action and claims for relief asserted in these proceedings by Plaintiff KEITH BROWN against Defendant Defendants WALTER WELSH and NOVA CAPITAL ADVISORS, LLC, only, with each of the parties to bear their own respective attorney's fees and costs.

DATED: June 25, 2018

HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON

*s/ Brian W. Boschee*
BRIAN W. BOSCHEE, ESQ.
Attorneys for Keith Brown
(Bar Number 7612)

DATED: June 25, 2018

GUSTAFSON NICOLAI pc

*s/ J. Ryan Gustafson*
J. RYAN GUSTAFSON, ESQ.
Attorneys for Keith Brown
*Admitted Pro Hac Vice*

**[SIGNATURE PAGE TO STIPULATION FOR DISMISSAL]**

DATED: June 25, 2018           SMITH CHAVEZ LAW

*s/ Elizabeth Smith*
ELIZABETH SMITH
Attorneys for WALTER WELSH
AND NOVA CAPITAL ADVISORS,
LLC
*Admitted Pro Hac Vice*

# ORDER

## CASE NUMBER 2:17-cv-01883-JAD-PAL

Based on the foregoing Stipulation of the Parties, and finding good cause therefor, IT IS HEREBY ORDERED that the Complaint is DISMISSED against Defendant WALTER WELSH and NOVA CAPITAL ADVISORS, LLC pursuant to Federal Rule of Civil Procedure 41 (a).

IT IS SO ORDERED.

DATED: July 3, 2018.

_____
Hon. Jennifer A. Dorsey
United States District Judge