HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON
Brian W. Boschee
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101
(702) 791-0308/FAX (702) 791-1912
bboschee@nevadafirm.com

GUSTAFSON pc
John Ryan Gustafson (Bar No: 220802)
222 N. Pacific Coast Highway, Suite 2000
El Segundo, CA 90245
(310) 361-0787/FAX (310) 846-8938
jrg@gnlawpc.com

Attorneys for Plaintiff
Keith Brown

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **KEITH BROWN,** an individual, *Plaintiff*, v. **ARTEC GLOBAL MEDIA, INC.**, a Nevada corporation; **BART AND ASSOCIATES, LLC**, a Colorado limited liability company; **STONE DOUGLASS**, an individual; **NOVA CAPITAL ADVISORS, LLC**, a California limited liability company; **PETERSON SULLIVAN LLP**, a Washington limited liability partnership; **WALTER WELSH**, an individual; **CALEB WICKMAN**, an individual; and **MASON YAMASHIRO**, an individual, *Defendants*. | Case No. 2:17-cv-01883-JAD-PAL<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTCE that Plaintiff KEITH BROWN ("Brown") and Defendants ARTEC GLOBAL MEDIA, INC. ("Artec,"), CALEB WICKMAN ("Wickman"), and STONE DOUGLASS ("Douglass"; collectively, the "Artec Defendants") have entered into a settlement agreement (the "Settlement Agreement") that obviates the need for a trial in the above-captioned matter.

Pursuant to the terms of the Settlement Agreement, the Artec Defendants will pay Brown monthly installments of settlement funds, the last of which is due on or about February 1, 2020.  The Settlement Agreement also allows Brown to enter a Confession of Judgment in this Court if the Artec Defendants materially breach the Settlement Agreement.

Brown and the Artec Defendants respectfully request that this Court (1) vacate all further dates in connection with the above-captioned matter; and (2) retain jurisdiction of this matter until February 14, 2020, at which time Brown will dismiss all claims and causes of action against the Artec Defendants.

| | | |
|---|---|---|
| 1 | DATED:  April 2, 2019 | **HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON** |
| 2 | | |
| 3 | | *s/ Brian W. Boschee* |
| 4 | | BRIAN W. BOSCHEE, ESQ. |
| 5 | | Attorneys for Keith Brown (NV Bar Number 7612) |
| 8 | DATED: April 2, 2019 | **GUSTAFSON pc** |
| 10 | | *s/ J. Ryan Gustafson* |
| 11 | | J. RYAN GUSTAFSON, ESQ. Attorneys for Keith Brown |
| 12 | | (CA Bar Number 220802) *(Admitted pro hac vice)* |
| 15 | DATED: April 2, 2019 | **THE MARKOWITZ LAW FIRM** |
| 17 | | *s/ Warren R. Markowitz* |
| 18 | | WARREN R. MARKOWITZ, ESQ.  Attorneys for the Artec Defendants |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2019, 2019, service of the foregoing **NOTICE OF SETTLEMENT** upon each of the parties via electronic service through electronic the United States District Court for the District of Nevada's ECF system to:

Warren Markowitz, Esq.
**The Markowitz Law Firm**
7260 W. Azure Drive, Suite 140-100
Las Vegas NV 89130
warren@warrenmarkowitzesq.com
warren@markowitzlawfirm.com

*Attorneys for Defendants*
The Artec Defendants

                                                   */s/J. Ryan Gustafson*
                                                   J. RYAN GUSTAFSON